# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA          CRIMINAL NO. 16-20394

v.

D-1 JAMES LIANG  
D-6 OLIVER SCHMIDT  
D-8 VOLKSWAGEN AG,

_____/

## ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Government's Unopposed Motion to Authorize Alternative Victim Notification Procedures pursuant to 18 U.S.C. § 3771(d)(2). Having considered the Motion and for good cause shown, the Court hereby **GRANTS**, the Motion and **ORDERS** that for any public court proceeding in the above-captioned matter, the United States Department of Justice may provide reasonable, accurate, and timely notice to crime victims through publication on the websites of the prosecuting components.

IT IS SO ORDERED.

Dated: February 7, 2017          s/ Sean F. Cox  
                                         Sean F. Cox  
                                         U. S. District Judge

I hereby certify that on February 7, 2017, the document above was served on

counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                          s/ Jennifer McCoy
                                                          Case Manager

2:16-cr-20394-SFC-APP   Doc # 43   Filed 02/07/17   Pg 2 of 2   Pg ID 279