1
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
2                        SOUTHERN DIVISION

3
    UNITED STATES OF AMERICA,
4
                        Plaintiff,
5
        -v-                                Case No. 16-20394
6
    VOLKSWAGEN AG,
7
                        Defendant./
8   _____
                    **INITIAL APPEARANCE AND ARRAIGNMENT**
9                    **BEFORE HON. ANTHONY P. PATTI**
                    United States Magistrate Judge
10                  Theodore Levin U.S. Courthouse
                    231 West Lafayette Boulevard
11                    Detroit, Michigan 48226

12                    **(Friday, March 10, 2017)**

13  APPEARANCES:        JOHN K. NEAL, ESQUIRE
                        Appearing on behalf of the Government.
14
                        JASON M. WEINSTEIN, ESQUIRE
15                      CHRISTOPHER S. NIEWOEHNER, ESQUIRE
                        Appearing on behalf of Defendant
16                      Volkswagen AG.

17  ALSO PRESENT:       MANFRED DOESS, ESQUIRE
                        Volkswagen AG General Counsel
18
    TRANSCRIBED BY:     MARIE METCALF, CVR, CM
19                      Federal Official Court Reporter
                        867 U.S. Courthouse
20                      231 W. Lafayette Boulevard
                        Detroit, Michigan 48226
21                      metcalf_court@msn.com

22

23          *(TRANSCRIPT PRODUCED FROM DIGITAL VOICE RECORDING;*
                *TRANSCRIBER NOT PRESENT AT PROCEEDINGS)*
24

25

*U.S.A. v. Volkswagen AG*

1                          **TABLE OF CONTENTS**

2      **PROCEEDINGS — FRIDAY, MARCH 10, 2017**

3

4      **WITNESSES:**                                    **PAGE:**

5

6

7

8

9

10

11     **EXHIBITS:**                                     **RECEIVED:**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*U.S.A. v. Volkswagen AG*

1          Detroit, Michigan

2          Friday, March 10, 2017

3          At about 9:08 a.m.

4                              *   *   *

5          DEPUTY COURT CLERK:  The Court now calls case number

6    16-20394, defendant number eight, the United States of

7    America versus Volkswagen AG.

8          THE COURT:  Counsel, would you please put your

9    appearances on the record?

10         MR. NEAL:  Good morning, Your Honor.  John Neal

11   appearing on behalf of the United States.

12         THE COURT:  Good morning.

13         MR. WEINSTEIN:  Good morning, Your Honor.  Jason

14   Weinstein from Steptoe & Johnson appearing on behalf of

15   Volkswagen.

16         THE COURT:  Do any other attorneys want to put their

17   appearances on?

18         MR. NIEWOEHNER:  Chris Niewoehner on behalf of

19   Volkswagen.

20         THE COURT:  Okay.  Anyone else for the government?

21         MR. NEAL:  No, Your Honor.

22         THE COURT:  Okay.  Thank you.

23         All right.  And I understand that there is a

24   corporate representative from Volkswagen AG here.

25              And who is that, please?

3

*U.S.A. v. Volkswagen AG*

1          MR. WEINSTEIN:  That's correct, Your Honor.  It's

2   Manfred Doess, the general counsel.

3          THE COURT:  Okay.

4          MR. DOESS:  Good morning, Your Honor.

5          THE COURT:  Good morning, Mr. Doess.

6          For purposes of these proceedings, I'm going to from

7   this point forward refer to Volkswagen AG as either the

8   corporation or Volkswagen, okay?  Does everyone understand

9   that if I make those references, that's what I'm referring

10  to?

11         MR. NEAL:  Yes, Your Honor.

12         THE COURT:  Mr. Doess, do you understand?

13         MR. DOESS:  I understand, that.

14         THE COURT:  Thank you.

15         All right.  Let me just ask Mr. Doess some

16  questions.

17         Could you just tell us what your position is in the

18  corporation?

19         MR. DOESS:  Your Honor, My position in the company

20  is general counsel.  I hold this position now since January

21  1, 2016.

22         THE COURT:  Okay.  All right.  Well, this is the

23  date and time set for an initial appearance and arraignment

24  in the case that's just been called.

25         Before we go any further, I just want to ask you a

*U.S.A. v. Volkswagen AG*

1    couple of questions.

2              First of all, in terms of language, are you here

3    from Germany?

4              MR. DOESS:  Yes.

5              THE COURT:  Is German your first language?

6              MR. DOESS:  Yes, that's correct.

7              THE COURT:  Are you able to fluently understand

8    English?

9              MR. DOESS:  I understand English and speak the

10   language, yes.

11             THE COURT:  Okay.  And you speak it fluently?

12             MR. DOESS:  I speak it fluently.

13             THE COURT:  And you're able to read English as well,

14   fluently?

15             MR. DOESS:  That's my role in the company, so --

16             THE COURT:  Okay, thank you.  So you are comfortable

17   proceeding in English?

18             MR. DOESS:  Absolutely.

19             THE COURT:  All right.  And there's no need for a

20   translator then?

21             MR. DOESS:  No, Your Honor.

22             THE COURT:  All right, great.  Thank you.

23             Also, are you, Mr. Doess, duly authorized to speak

24   on behalf of Volkswagen in Court today?

25             MR. DOESS:  Absolutely.

*U.S.A. v. Volkswagen AG*

1    THE COURT:  All right.  And are you authorized to

2    bind it by your statements, including binding it for the

3    purposes of entering a plea?

4    MR. DOESS:  That's correct, Your Honor.

5    THE COURT:  And is that authorization memorialized

6    by a corporate resolution?

7    MR. DOESS:  It is, Your Honor.

8    THE COURT:  And was that resolution adopted by the

9    corporation's board of directors?

10   MR. DOESS:  That's correct, Your Honor.

11   THE COURT:  Does your authority to act on behalf of

12   the corporation include the authority to waive the right to

13   indictment by a grand jury?

14   MR. DOESS:  Yes, Your Honor.

15   THE COURT:  Okay.  Then we will proceed with the

16   initial appearance.

17   In the case that's been called, Volkswagen is

18   charged in a third superseding information in Count One with

19   conspiracy to defraud the United States, to commit wire

20   fraud, and to violate the Clean Air Act.

21   In Count Two, it is charged with obstruction of

22   justice.

23   In Count Three, it is charged with entry of goods by

24   false statement.

25   Mr. Doess, have you received a copy of the third

*U.S.A. v. Volkswagen AG*

1    superseding indictment?

2              MR. DOESS:  I have, Your Honor.

3              THE COURT:  And have you been able to read through

4    the third superseding -- excuse me, third superseding

5    information?

6              MR. DOESS:  I've been able to do so.

7              THE COURT:  Okay.  And have you been able to read

8    that through and discuss it with your counsel and get any

9    advice – that's your outside counsel – getting advice that

10   you thought was necessary before coming to court today?

11             MR. DOESS:  That's correct, Your Honor.

12             THE COURT:  All right.  Due to the nature of the

13   charges, I want to make sure that Volkswagen is aware of

14   certain rights.

15             First of all, the corporation has the right to be

16   represented by counsel, not just today, but going forward at

17   all critical stages of these proceedings, and has the right

18   to have counsel with it in court, the right to have counsel

19   help prepare it for trial, the right to have counsel with its

20   -- those in the corporation, if they're questioned, and the

21   right to seek and obtain advice from counsel as necessary.

22             Do you understand that?

23             MR. DOESS:  I understand and appreciate that.

24             THE COURT:  Okay.  Also, the corporation has the

25   right to remain silent.  That is, that those who are

*U.S.A. v. Volkswagen AG*

1    authorized to speak on its behalf may refrain from making any

2    comments.

3                MR. DOESS:  I understood that.

4                THE COURT:  You understand that, okay.

5                And do you further understand that any statements

6    made by the corporate officers, directors, or high level

7    managers, including yourself, as the representative here, or

8    by anyone with authority to bind the corporation, can and

9    will be used against the corporation in a court of law and in

10   the prosecution of this case?

11               MR. DOESS:  I perfectly understand this, Your Honor.

12               THE COURT:  Okay.  All right.  Now, the charges are

13   presented in an information, in this case, the third

14   superseding information.

15               I want to make sure that you understand that

16   Volkswagen does not need to proceed on information, but may

17   instead insist that the United States government take this

18   case to a grand jury to obtain an indictment to establish

19   that there is probable cause to believe that Volkswagen

20   committed the acts that are alleged.

21               MR. DOESS:  I understand this.

22               THE COURT:  Okay.  Do you understand how a grand

23   jury works?

24               MR. DOESS:  I understand this.

25               THE COURT:  Okay.  Now, it's my understanding that

*U.S.A. v. Volkswagen AG*

1      the corporation wishes to proceed on information and waive

2      its right to an indictment by a grand jury, is that correct?

3              MR. DOESS:  That's correct, Your Honor.

4              THE COURT:  All right.  And have you had the

5      opportunity to discuss that decision with counsel and get any

6      advice that you thought was necessary?

7              MR. DOESS:  On numerous times, Your Honor.

8              THE COURT:  Okay, thank you.  Have any threats or

9      promises been made to induce you to waive indictment on

10     behalf of the corporation?

11             MR. DOESS:  No, never.

12             THE COURT:  And let me just ask Mr. Weinstein, is

13     there any reason that defendant should not waive indictment?

14             MR. WEINSTEIN:  No reason, Your Honor.

15             THE COURT:  All right.  I have been presented with a

16     document that's called waiver of indictment.  And it has the

17     signatures of Manfred Doess and Jason Weinstein on it.

18             Mr. Doess, is that your signature over your name?

19             MR. DOESS:  It is my signature, Your Honor.

20             THE COURT:  Okay.  And you've been able to read

21     through this waiver of indictment?  You understand it?

22             MR. DOESS:  I read it and understood it.

23             THE COURT:  Okay.  And you've been able to discuss

24     this document with your counsel as well?

25             MR. DOESS:  That's correct, Your Honor.

*U.S.A. v. Volkswagen AG*

1          THE COURT:  And was this signed today?

2          MR. DOESS:  Yes.

3          THE COURT:  All right.  I find that Volkswagen has

4     made a knowing and competent waiver of indictment.  I'll

5     proceed to arraign on the third superseding information.

6          As I mentioned before, Count One of the third

7     superseding information charges Volkswagen with conspiracy.

8          If the corporation pleads guilty or is found guilty

9     of that charge, it can be sentenced to a fine of up to

10    $500,000, or the greater of twice the gross gain, or twice

11    the gross loss, and probation of up to five years.

12         As to the charges that are alleged in the third

13    superseding information in Count Two, obstruction of justice,

14    if Volkswagen pleads guilty or is found guilty of that

15    charge, it can be sentenced to a fine of up to $500,000, or

16    the greater of twice the gross gain, or twice the gross loss,

17    and probation of up to five years.

18         As to the allegations that are made against

19    Volkswagen in Count Three, entry of goods by false statement.

20    If Volkswagen pleads guilty or is found guilty of that

21    charge, it can be sentenced to a fine of up to $500,000, or

22    the greater of twice the gross gain, or twice the gross loss,

23    and probation of up to five years.

24         Have I correctly stated the charges and potential

25    sentences and penalties?

*U.S.A. v. Volkswagen AG*

1          MR. NEAL:  You have, Your Honor.

2          THE COURT:  Counsel?

3          MR. WEINSTEIN:  Yes, Your Honor.

4          THE COURT:  All right.  Mr. Doess, I've received

5    defendant's acknowledgment of information, and again, that

6    has your name and your counsel, Mr. Weinstein's name on page

7    two with signatures above both.

8          Is that your signature above your name on page two?

9          MR. DOESS:  That's my signature.

10         THE COURT:  And did you sign that today?

11         MR. DOESS:  I did, Your Honor.

12         THE COURT:  Okay.  All right.  Mr. Doess, do you

13   understand the charges that have been alleged against the

14   corporation?

15         MR. DOESS:  I understand the charges, Your Honor.

16         THE COURT:  Thank you.

17         Counsel, do you wish for formal reading of the third

18   superseding information?

19         MR. WEINSTEIN:  No, Your Honor.

20         THE COURT:  All right.  How does the company wish to

21   plead, that is, how does Volkswagen AG wish to plead with

22   respect to Counts One, Two and Three of the third superseding

23   information?

24         MR. WEINSTEIN:  Your Honor, we will stand mute at

25   this time in deference to the fact that we're going to enter

*U.S.A. v. Volkswagen AG*

1    a plea of guilty later this morning.

2         THE COURT:  All right.  Well, then the Court at this

3    time will enter a plea of not guilty on behalf of Volkswagen

4    AG as to all of the counts that are set forth in the third

5    superseding information.

6         It's my understanding that from here you'll be

7    heading up to Judge Cox's courtroom for the plea hearing, is

8    that right?

9         MR. NEAL:  That's correct, Judge.

10        MR. WEINSTEIN:  That's correct, Your Honor.

11        THE COURT:  All right.  Is there anything that needs

12   to be discussed that we haven't already discussed today?

13        MR. NEAL:  Nothing from the government, Your Honor.

14        MR. WEINSTEIN:  Nothing from Volkswagen, Your Honor.

15        THE COURT:  Okay.  Are both sides satisfied that the

16   arraignment is complete?

17        MR. NEAL:  We are, Your Honor.

18        MR. WEINSTEIN:  Yes, Your Honor.

19        THE COURT:  Okay.  Thank you.

20        MR. NEAL:  Thank you, Judge.

21        DEPUTY COURT CLERK:  Court is in recess.

22        (Court in recess at about 9:19 a.m.)

23                     *     *     *

24

25

*U.S.A. v. Volkswagen AG*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17              **C E R T I F I C A T I O N**

18      I, Marie J. Metcalf, Official Court Reporter for the

19   United States District Court, Eastern District of Michigan,

20   Southern Division, do hereby certify that the foregoing is a

21   correct transcript of the digital sound recording of the

22   proceedings in the above-entitled matter and has been

23   prepared by me or under my direction.

24   s\Marie J. Metcalf              March 13, 2017

25   Marie J. Metcalf, CVR, CM          (Date)

13