UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

     -v-                                    Case No. 16-20394

VOLKSWAGEN AG,

                    Defendant./
_____

**PLEA HEARING**
**BEFORE HON. SEAN F. COX**
United States District Judge
867 U.S. Courthouse
231 West Lafayette Boulevard
Detroit, Michigan 48226

**(Friday, March 10, 2017)**

APPEARANCES:          JOHN K. NEAL, ESQUIRE
                      BENJAMIN SINGER, ESQUIRE
                      MARK CHUTKOW, ESQUIRE
                      JENNIFER L. BLACKWELL, ESQUIRE
                      Appearing on behalf of the Government.

                      CHRISTOPHER S. NIEWOEHNER, ESQUIRE
                      JASON M. WEINSTEIN, ESQUIRE
                      Appearing on behalf of Defendant
                      Volkswagen AG.

ALSO PRESENT:         MANFRED DOESS, ESQUIRE
                      MICHAEL J. MELKERSEN, ESQUIRE
                      CRAIG HILBORN, ESQUIRE

COURT REPORTER:       MARIE METCALF, CVR, CM
                      Federal Official Court Reporter
                      867 U.S. Courthouse
                      231 W. Lafayette Boulevard
                      Detroit, Michigan 48226
                      metcalf_court@msn.com

*U.S.A. v. Volkswagon AG*

1

**TABLE OF CONTENTS**

2  **PROCEEDINGS — FRIDAY, MARCH 10, 2017**

3

4  **WITNESSES:**                                    **PAGE:**

5  (None called)

6

7

8

9

10

11  **EXHIBITS:**                                    **RECEIVED:**

12  (None offered)

13

14

15

16

17

18

19

20

21

22

23

24

25

*U.S.A. v. Volkswagen AG*

 1             Detroit, Michigan

 2             Friday, March 10, 2017

 3             At about 9:48 a.m.

 4                          *     *     *

 5             DEPUTY COURT CLERK:  United States District Court

 6     for the Eastern District of Michigan is in session, the

 7     Honorable Sean Cox presiding.  Please be seated.

 8     `            The Court calls case number 16-20394, the United

 9     States of America versus Volkswagen AG.

10             Counsel, we need your appearances for the record,

11     please?

12             MR. NEAL:  Good morning, Your Honor.  John Neal

13     appearing on behalf of the United States.

14             THE COURT:  Good morning.

15             MR. SINGER:  Good morning, Your Honor.  Ben Singer

16     appearing on behalf of the United States.

17             MS. BLACKWELL:  May it please the Court, Jennifer

18     Blackwell on behalf of the United States.

19             MR. CHUTKOW:  And Mark Chutkow for the government,

20     as well.

21             THE COURT:  Good morning.

22             MR. WEINSTEIN:  Good morning, Your Honor.  Jason

23     Weinstein from Steptoe & Johnson, on behalf of Volkswagen,

24     joined by Christopher Niewoehner, also from Steptoe.

25             THE COURT:  Good morning.

*U.S.A. v. Volkswagen AG*

1          MR. WEINSTEIN:  With us at the table is Manfred

2     Doess, the general counsel of Volkswagen AG.

3          THE COURT:  Good morning.

4          MR. DOESS:  Good morning, Your Honor.

5          MR. MELKERSON:  Good morning.  Mike Melkersen on

6     behalf of the fraud victims.

7          THE COURT:  Okay, thank you very much.  All right.

8     Everyone ready?

9          MR. NEAL:  Yes, Your Honor.

10          MR. WEINSTEIN:  Yes, Your Honor.

11          THE COURT:  Now, it is my understanding that the

12     defendant, Volkswagen AG, was arraigned earlier this morning

13     before Magistrate Judge Patti, is that correct?

14          MR. WEINSTEIN:  It is, Your Honor.

15          MR. NEAL:  It is, Your Honor.

16          THE COURT:  All right.  And it's my understanding

17     that Defendant Volkswagen AG now wishes to tender a guilty

18     plea in this matter, is that correct?  And that is to the

19     charges of Count One, conspiracy to defraud the United

20     States, commit wire fraud and violate the Clean Air Act;

21     Count Two, obstruction of justice; and Count Three, entry of

22     goods by false full statement, is that correct?

23          MR. WEINSTEIN:  That is correct, Your Honor.

24          MR. NEAL:  That is my understanding as well, Your

25     Honor.

*U.S.A. v. Volkswagen AG*

1      THE COURT:  And who will be speaking on behalf of

2    VW?

3      MR. WEINSTEIN:  Mr. Doess, the general counsel, Your

4    Honor.

5      THE COURT:  Good morning, sir.

6      MR. DOESS:  Good morning, Your Honor.

7      THE COURT:  All right.  Please stand and raise your

8    right hand?

9      Sir, do you affirm the testimony you're about to

10   give will be the truth, the whole truth, and nothing but the

11   truth?

12     MR. DOESS:  I swear.

13     THE COURT:  Sir, could you give us your full name,

14   please?

15     MR. DOESS:  Manfred Doess.

16     THE COURT:  And it's my understanding, and please

17   correct me if I'm wrong, that you are fluent in English and

18   do not need the assistance of an interpreter, is that

19   correct?

20     MR. DOESS:  That's correct, Your Honor.

21     THE COURT:  Okay.  Now at this time I'm going to

22   give the attorneys the opportunity to make any opening

23   remarks or statements they may wish before I proceed further.

24     Mr. Neal, is there anything you wish to state before

25   I proceed with the plea?

*U.S.A. v. Volkswagen AG*

 1          MR. NEAL:  Your Honor, not at this time.  I'm glad

 2    to summarize the plea agreement when that time is

 3    appropriate, but for right now I don't have an opening, any

 4    opening remarks on that.

 5          THE COURT:  Okay, very good.  Mr. Weinstein?

 6          MR. WEINSTEIN:  Same for us, Your Honor.  We'd be

 7    happy to address the reasons why we believe the plea

 8    agreement should be accepted at the appropriate time.

 9          THE COURT:  Okay, very good.  We will wait until

10    later then.

11          Now, Mr. Doess, I have some questions for you.  And

12    I need to determine whether or not you are both authorized

13    and competent to enter a plea on behalf of Volkswagen AG here

14    this morning.

15          And during the course of this proceeding, I may

16    refer to the "corporation," and when I use the term

17    "corporation," of course, I am referring at all times to

18    defendant Volkswagen AG.

19          Do you understand?

20          MR. DOESS:  I understand this, Your Honor.

21          THE COURT:  And if any time during the course of

22    this proceeding, you are confused or you want to take a break

23    or want to talk to youR counsel, just stop and let me know.

24    We're no rush.  All right?

25          MR. DOESS:  I appreciate it, Your Honor.

*U.S.A. v. Volkswagen AG*

1           THE COURT:  Okay.  Now, sir, have you received and

2    carefully reviewed a copy of the third superseding

3    information in this matter?

4           MR. DOESS:  I have, Your Honor.

5           THE COURT:  And have you had the opportunity to

6    review that document with your attorneys?

7           MR. DOESS:  I had the opportunity, Your Honor.

8           THE COURT:  And which attorneys did you review the

9    document with?

10          MR. DOESS:  With Mr. Weinstein here on my left, and

11   Niewoehner on my right.

12          THE COURT:  Okay.  And it's my understanding that

13   you have thoroughly discussed that document with your

14   attorneys, is that correct?

15          MR. DOESS:  That is absolutely correct, Your Honor.

16          THE COURT:  Okay.  And is it your desire to plead

17   guilty on behalf of the defendant, Volkswagen AG, today to

18   the charges of Count One, conspiracy to defraud the United

19   States, commit wire fraud, and violate the Clean Air Act;

20   Count Two, obstruction of justice; and Count three, entry of

21   goods by false statement?

22          MR. DOESS:  That is my desire, Your Honor.

23          THE COURT:  Okay.  Sir, I have some questions for

24   you as the corporate representative appearing on behalf of

25   Volkswagen.

*U.S.A. v. Volkswagen AG*

1              Do you understand you must tell the truth?  Any

2    false answers can be used against you for a separate

3    prosecution for perjury or false statement.

4              Do you understand that?

5              MR. DOESS:  I understand this, Your Honor.

6              THE COURT:  Okay.  Mr. Doess, where are you

7    employed?

8              MR. DOESS:  I'm employed with Volkswagen as a

9    general counsel of the company since January 1, 2016.

10             THE COURT:  And again, your title is general

11   counsel?

12             MR. DOESS:  That's correct, Your Honor.

13             THE COURT:  Do you have any further titles or

14   responsibilities with VW?

15             MR. DOESS:  No, Your Honor.

16             THE COURT:  Okay.  Now, have you been duly

17   authorized by the Board of Directors for Volkswagen AG to

18   speak on behalf of Volkswagen AG here today?

19             MR. DOESS:  That's correct, Your Honor.

20             THE COURT:  And is that in connection with this

21   criminal action which has been filed against Volkswagen AG

22   and others by the United States?

23             MR. DOESS:  That's correct, as well.

24             THE COURT:  Okay.  Sir, do you read, write and

25   understand English?

*U.S.A. v. Volkswagen AG*

1           MR. DOESS:  I do, Your Honor.

2           THE COURT:  Sir, how old are you?

3           MR. DOESS:  I am 59, Your Honor.

4           THE COURT:  That's a good age.

5           And what is your educational background?

6           MR. DOESS:  My educational background is I have a

7    law degree from a university in Germany.

8           THE COURT:  Sir, are you now under the influence of

9    any medication, drugs or alcoholic beverages?

10          MR. DOESS:  No, Your Honor.

11          THE COURT:  And again, is it your intention today to

12   enter a guilty plea as to Counts One, Two, and Three on

13   behalf of the corporation, pursuant to a Rule 11 agreement

14   that was executed between the defendant and the government?

15          MR. DOESS:  That's my desire, Your Honor.

16          THE COURT:  Okay.  And have you been authorized by

17   Volkswagen AG's board of directors to enter into such a

18   guilty plea here today?

19          MR. DOESS:  That's correct, Your Honor.

20          THE COURT:  Now, is the authorization memorialized

21   in a writing which would be Exhibit One, which is, as I

22   understand, attached to the Rule 11 agreement, is that

23   correct?

24          MR. DOESS:  That's absolutely correct, Your Honor.

25          THE COURT:  All right.  And it's my understanding

*U.S.A. v. Volkswagen AG*

1    that the Rule 11 agreement has been marked as Exhibit One for

2    today's proceeding, is that correct?

3              MR. WEINSTEIN:  That is correct, Your Honor.

4              MR. NEAL:  That is correct, Judge.

5              THE COURT:  Mr. Doess, have you discussed the

6    decision whether or not to enter a guilty plea with the

7    corporation's outside counsel?

8              MR. DOESS:  I have, Your Honor.

9              THE COURT:  And who are those individuals?

10             MR. DOESS:  Those individuals are Mr. Weinstein, and

11   Mr. Niewoehner, and Mr. Weingarten of the law firm of Steptoe

12   & Johnson.

13             THE COURT:  Are you satisfied with the advice and

14   legal representation that has been provided to you by

15   Mr. Weinstein, Mr. Niewoehner, as well as Mr. Weingarten in

16   this case?

17             MR. DOESS:  I'm satisfied with the advice.  Thank

18   you.

19             THE COURT:  During the arraignment this morning,

20   Judge Patti, the magistrate judge, reviewed with you the

21   statutory maximum penalties authorized by statute for the

22   three offenses listed in the third superseding information,

23   is that correct?

24             MR. DOESS:  That is correct, Your Honor.

25             THE COURT:  Okay.  The first charge is Count One,

*U.S.A. v. Volkswagen AG*

1    conspiracy to defraud the United States, to commit wire fraud

2    and to violate the Clean Air Act.  That charge carries with

3    it a fine of up to $500,000 or greater -- or the greater of

4    twice the gross gain, or twice the gross loss, as well as

5    probation of up to five years.

6           Count Two, the charge is obstruction of justice.

7    That charge carries with it a fine of up to $500,000, or the

8    greater of twice the gross gain, or twice the gross loss, as

9    well as probation up to five years.

10          The final charge, Count Three, is entry of goods by

11   false statement, which carries a fine of up to $500,000, or

12   the greater of twice the gross gain, or twice the gross loss,

13   as well as probation of up to five years.

14          Mr. Neal, did I state the charges, as well as the

15   sentencing consequences of the charges correctly?

16          MR. NEAL:  You did, Your Honor.

17          THE COURT:  Mr. Weinstein?

18          MR. WEINSTEIN:  You did, Your Honor.

19          THE COURT:  And sir, have you heard the charges that

20   have been made against Volkswagen?

21          MR. DOESS:  I've heard these charges, Your Honor.

22          THE COURT:  And have you discussed the charges, as

23   well as the consequences of these charges, with your

24   attorneys?

25          MR. DOESS:  I did, Your Honor.

1       THE COURT:  And have your attorneys answered each

2   and every question that you have had regarding the charges,

3   as well as the sentencing consequences of these charges?

4       MR. DOESS:  I did, Your Honor.

5       THE COURT:  And do you have any questions at all

6   regarding the charges or the sentencing consequences of these

7   charges?

8       MR. DOESS:  No, Your Honor.

9       THE COURT:  Mr. Weinstein, will you confirm for the

10  record that you, in fact, have discussed the charges as well

11  as the sentencing consequences of the charges with your

12  client Mr. Doess?

13      MR. WEINSTEIN:  I will, Your Honor.

14      THE COURT:  Okay.  This Court finds Mr. Doess is

15  competent and duly authorized to enter into a knowing plea on

16  behalf of the defendant, Volkswagen AG, here today.

17      Mr. Neal, do you agree with the Court's finding?

18      MR. NEAL:  I do, Your Honor.

19      THE COURT:  Mr. Weinstein?

20      MR. WEINSTEIN:  I do, Your Honor.

21      THE COURT:  Now, Mr. Doess, do you understand that

22  by entering a guilty plea to the three charges that have been

23  made against VW AG, that VW AG is giving up certain valuable

24  rights?

25      MR. DOESS:  I do understand this, Your Honor.

*U.S.A. v. Volkswagen AG*

1      THE COURT:  Do you understand that VW AG has an

2   absolute right to plead not guilty to the charges and to go

3   to trial, and that by pleading guilty, VW AG is giving up

4   that right?

5      Do you understand that?

6      MR. DOESS:  I understand this, Your Honor.

7      THE COURT:  Okay.  Do you understand at trial VW AG

8   would be presumed to be innocent and the government of the

9   United States would have to prove VW AG's guilt beyond a

10   reasonable doubt as to each element of each charge made

11   against VW?

12      Do you understand?

13      MR. DOESS:  I understand and appreciate these

14   rights, Your Honor.

15      THE COURT:  Now, I'm going to go through each of the

16   three charges and describe the elements of each of the

17   charges that the government would have to prove at trial

18   beyond a reasonable doubt.

19      Count One of the third superseding information

20   charges the corporation with conspiracy in violation of 18

21   United States Code Section 371.

22      The elements for conspiracy to defraud the United

23   States by obstructing the lawful function of the federal

24   government are as follows:  That two or more persons

25   conspired or agreed to defraud the United States or one of

*U.S.A. v. Volkswagen AG*

1  its agencies or departments, in this case the Environmental

2  Protection Agency, which of course is known as the EPA, by

3  dishonest means; that the defendant which would of course be

4  VW AG, knowingly and voluntarily joined the conspiracy, and

5  that a member of the conspiracy, did one of the overt acts

6  described in the indictment for the purposes -- or

7  information for the purposes of advancing or helping the

8  conspiracy.

9          The elements for conspiracy to violate the wire

10  fraud statute and the Clear Air Act are as follows:  That two

11  or more persons conspired or agreed to commit a crime, in

12  this case, a violation of the wire fraud statute, which is 18

13  U.S.C. Section 1343, and the Clean Water Act (sic), which is

14  42 United States Code Section 7413(c)(2)(A), as described

15  below.  That I guess I'm going to describe right now.

16          That the defendant knowingly and voluntarily joined

17  the conspiracy, and that a member of the conspiracy did one

18  of the acts -- excuse me, overt acts described in the

19  indictment or information for the purpose of advancing or

20  helping the conspiracy.

21          As to the object of the conspiracy, wire fraud,

22  under 18 United States Code Section 1343, the government must

23  show that the defendant, VW AG, knowingly participated in,

24  devised or intended to devise a scheme to defraud in order to

25  obtain money or property.

*U.S.A. v. Volkswagen AG*

1        The scheme included a material misrepresentation or

2   concealment of a material fact.

3        The defendant had the intent to defraud and the

4   defendant used, or caused another to use, wire, radio, or

5   television communication in interstate or foreign commerce in

6   furtherance of the scheme.

7        As to the object of the conspiracy, the Clean Air

8   Act, 42 United States Code Section 7413(c)(2)(A), the

9   government must show that the defendant, VW AG, knowingly

10  made or caused to be made a false material statement,

11  representation, or certification, or omission of material

12  information.  The statement, representation, or certification

13  that was made, or omitted, or caused to be made, or omitted,

14  was in a notice, application, record, report, plan or other

15  document required to be filed or maintained under the Clean

16  Air Act.

17       And the statement, representation, certification or

18  omission of information was material.

19       Mr. Neal, did I accurately state the essential

20  elements of Count One?

21       MR. NEAL:  You did, Your Honor.

22       THE COURT:  Mr. Weinstein?

23       MR. WEINSTEIN:  Yes, you did, Your Honor.

24       THE COURT:  Turning to Count Two.  Count Two of the

25  third superseding information charges VW AG with obstruction

*U.S.A. v. Volkswagen AG*

1    of justice, in violation of Title 18, United States Code

2    Section 1512(c).

3            The elements for obstruction of justice are as

4    follows:  That the defendant, of course this is VW AG,

5    altered, destroyed, mutilated or concealed a record,

6    document, or other object; that the defendant acted

7    knowingly; that the defendant acted corruptly; and that the

8    defendant acted with the intent to impair the record,

9    document or objects' integrity or availability for use in an

10   official proceeding.

11           Mr. Neal, did I state the -- excuse me.

12           Mr. Neal, did I accurately state the essential

13   elements of Count Two?

14           MR. NEAL:  You did, Your Honor.

15           THE COURT:  Mr. Weinstein?

16           MR. WEINSTEIN:  You did, Your Honor.

17           THE COURT:  Count Three of the third superseding

18   information charges VW AG with introducing imported

19   merchandise into the United States by means of false

20   statements in violation of 18 United States Code Section 542.

21           The elements of entry of false goods by false

22   statement are as follows:  That the merchandise was imported,

23   that the defendant, VW AG, entered or introduced merchandise

24   into the commerce of the United States; that the defendant

25   did so by means of a false statement, which it knew was false

*U.S.A. v. Volkswagen AG*

1    and that the false statement was material to the entry of the

2    merchandise.

3            Mr. Neal, did I accurately state the essential

4    elements of Count Three?

5            MR. NEAL:  You did, Your Honor.

6            THE COURT:  Mr. Weinstein?

7            MR. WEINSTEIN:  You did, Your Honor.

8            THE COURT:  Mr. Doess, do you understand that if VW

9    AG went to trial as to Counts One, Two, and/or Three, the

10    government would have to prove each and every one of the

11    essential elements of the count to a jury beyond a reasonable

12    doubt?

13            MR. DOESS:  I understand this, Your Honor.

14            THE COURT:  And at trial, VW would be presumed to be

15    innocent and the United States government would have to prove

16    the defendant's guilt.

17            Do you understand that?

18            MR. DOESS:  I also understand this, Your Honor.

19            THE COURT:  And at trial, the corporation, VW, would

20    be entitled to counsel and that counsel would have the right

21    to cross-examine any witnesses called by the government.

22            Do you understand?

23            MR. DOESS:  I understand these rights, Your Honor.

24            THE COURT:  Do you understand that the corporation

25    could call witnesses on its own behalf and it could have its

*U.S.A. v. Volkswagen AG*

1    attorney subpoena witnesses on its behalf, if they would not

2    voluntarily appear at trial?

3              Do you understand?

4              MR. DOESS:  I do understand this, Your Honor.

5              THE COURT:  And do you understand the corporation,

6    however, would also have the right to remain silent during

7    the trial, that is, VW AG would have no obligation to produce

8    any evidence on its own behalf?

9              It could choose to produce no evidence and offer no

10   testimony, and the factfinder could not use that silence

11   against the corporation, that is, because the burden of proof

12   in a criminal case rests solely with the government.

13             Do you understand that?

14             MR. DOESS:  I understand all these fundamental

15   rights.

16             THE COURT:  And do you understand that VW AG would

17   have the right to have a trial before the jury or the Court?

18             MR. DOESS:  I understand this, Your Honor.

19             THE COURT:  And if the corporation, VW AG, chose to

20   have a jury trial, such a trial would take place before a

21   jury of at least 12 jurors, would probably be alternates as

22   well, and any verdict reached in jury trial, whether it would

23   be guilty or not guilty, could only be reached if the 12

24   jurors reached a unanimous decision.

25             Do you to understand that?

*U.S.A. v. Volkswagen AG*

1          MR. DOESS:  I understand that, Your Honor.

2          THE COURT:  And again, understanding all these

3    rights, is it still your choice on behalf of the VW AG to

4    waive those rights and enter into a guilty plea on behalf of

5    VW AG as to Counts One, Two, and Three?

6          MR. DOESS:  It's my choice, and my desire, Your

7    Honor.

8          THE COURT:  Mr. Doess, do you have the Rule 11

9    agreement in front of you, which I understand has been marked

10   as Exhibit One?

11         MR. DOESS:  I do, Your Honor.

12         THE COURT:  My first question to you, sir, is have

13   you signed the document?

14         MR. DOESS:  I have signed this document, Your Honor.

15         THE COURT:  At what page?

16         MR. DOESS:  I signed on page 36, Your Honor.

17         THE COURT:  Before you signed that document, did you

18   read the document, as well as the three attachments?

19         MR. DOESS:  I did, Your Honor.

20         THE COURT:  Okay.  Before you signed that document,

21   did you review the document, as well as the three

22   attachments, the three exhibits, with your attorneys?

23         MR. DOESS:  I did, Your Honor.

24         THE COURT:  Before you signed that document, did

25   your attorneys answer each and every question that you had

*U.S.A. v. Volkswagen AG*

1    regarding anything contained in the Rule 11 agreement, as

2    well as the three attached exhibits?

3              MR. DOESS:  They did, as expected.

4              THE COURT:  Do you have any questions at all

5    regarding anything contained in the Rule 11 agreement, as

6    well as the attached exhibits?

7              MR. DOESS:  No, Your Honor.

8              THE COURT:  Okay.  And again, are you satisfied with

9    the advice and service that your attorneys have provided to

10   you in this case?

11             MR. DOESS:  I am, Your Honor.

12             THE COURT:  Sir, in a moment, as you probably know,

13   I'm going to give the government an opportunity to summarize

14   the material portions of the Rule 11 agreement.

15             But first, I would like to note some important

16   aspects of the Rule 11 agreement which has been submitted to

17   me, all right?

18             MR. DOESS:  All right.

19             THE COURT:  Do you understand that if the Court

20   accepts this Rule 11 agreement, then Volkswagen AG can expect

21   that its sentence will be in accordance with the penalty

22   provisions as set forth in the Rule 11 agreement?

23             Do you understand that?

24             MR. DOESS:  I understand that, Your Honor.

25             THE COURT:  If I accept the Rule 11 agreement, VW

*U.S.A. v. Volkswagen AG*

1   AG's conviction would be -- convictions as to the three

2   charges would be final and that Volkswagen AG would have no

3   right to appeal its criminal conviction.

4           In addition, as long as the sentence imposed by this

5   Court is as provided under the Rule 11 agreement, VW AG would

6   also be waiving its right to appeal the sentence.

7           Do you understand?

8           MR. DOESS:  I understand this.

9           THE COURT:  Any questions at all?

10          MR. DOESS:  No, Your Honor.

11          THE COURT:  And if the Court were to conclude that

12  the sentencing provisions set forth in the Rule 11 agreement

13  are not fair, are not just, however then the Court, me, would

14  advise VW AG of that prior to sentencing and Volkswagen AG

15  would have the option of withdrawing its guilty plea and

16  proceeding to trial instead.

17          Do you understand?

18          MR. DOESS:  I understand this, Your Honor.

19          THE COURT:  Any questions at all?

20          MR. DOESS:  No, Your Honor.

21          THE COURT:  All right.  Mr. Neal, you're up to bat.

22  it's my understanding that the government wishes to summarize

23  the material terms of the Rule 11 agreement.  Is that true?

24          MR. NEAL:  That's correct, Your Honor.

25          THE COURT:  All right, you may proceed.

*U.S.A. v. Volkswagen AG*

1          MR. NEAL:  Thank you, Judge.

2          Volkswagen AG, as part of the Rule 11 agreement,

3    will be entering a plea to all three charged counts, those

4    are the counts the Court has covered, specifically conspiracy

5    to defraud the United States, to commit wire fraud, and to

6    violate the Clean Air Act, obstruction of justice, and entry

7    of goods by means of a false statement.

8          The Court has covered the statutory maximum

9    penalties for each count.  Those are also summarized in the

10   Rule 11 plea agreement.

11         With respect to the guideline range, there are no

12   disputes on the guidelines requiring resolution by the Court.

13   The guidelines were calculated primarily through reference to

14   Section H of the United States Sentencing Guidelines.

15         The culpability score that is included in the Rule

16   11 agreement is an 11, pursuant to Section 8C2.5 of the

17   guidelines.  The base fine that's included in the agreement

18   is $8.5 billion, and that is the pecuniary loss caused by the

19   offense.

20         When the culpability score is attached to the

21   8.5 billion base fine, the multiplier that the guidelines

22   contemplates is a multiplier between two and four times the

23   base fine.  So that yields a guideline range between

24   approximately $17 billion and $34 billion for a criminal fine

25   in the agreement.

*U.S.A. v. Volkswagen AG*

1          In calculating the ultimate fine that was included

2     in the agreement, the government evaluated a number of

3     individualized facts and circumstances that were relevant to

4     this case, and to this defendant, Volkswagen AG.  And the

5     considerations that the government evaluated in coming up

6     with the ultimate fine numbers included in the agreement are

7     actually listed in the agreement.  And I would like to

8     summarize those briefly for the record.

9          The relevant considerations fall, I think, broadly

10    into two categories.  One category is a category that

11    suggests that the fine should be elevated.  There's another

12    category that suggests the fine should be reduced.

13         And the government evaluated all of these factors

14    together in coming up with its -- the ultimate fine level

15    that we put in the agreement.

16         Starting with the factors that would tend to

17    militate in favor of an increased fine, we should start with

18    the fact that the nature and circumstances of the offense are

19    very serious.

20         Obviously, this was a premeditated crime, which is a

21    crime that went to a very high level within the corporate

22    structure.  This was a crime that was not the product of a

23    momentary lapse of judgment, or even a series of isolated bad

24    decisions.

25         This was a very well-thought-out, calculated,

*U.S.A. v. Volkswagen AG*

1    well-planned offense, that again went to a very high level

2    within the organization.  So that certainly is a factor that

3    cuts against the corporation's analysis.

4         Secondly, the corporation did not voluntarily

5    disclose its misconduct to the government, which is another

6    factor that cuts against the corporation in terms of the fine

7    amounts.

8         And finally, the defendant engaged in obstructive

9    conduct that's described in some detail in the statement of

10   facts, which is Exhibit Two to the Rule 11 plea agreement,

11   that included destroying a number of documents and data after

12   learning about the existence of the government's

13   investigation.  And again, there were a number of individuals

14   employed by the company that engaged in this conduct.

15        I should note, however, unlike the underlying

16   conduct about the emissions activity, the corporation did

17   voluntarily disclose the obstructive conduct to the

18   government, and did provide the government with a number of

19   underlying facts about that conduct.

20        Anyway, I think those are the factors that cut

21   against the corporation in its analysis.

22        There are number of other factors the government

23   considered that I think work in the corporation's favor, and

24   let me summarize those for the record.

25        The defendant has already agreed to compensate

*U.S.A. v. Volkswagen AG*

1    victims of the underlying criminal conduct in a separate

2    proceeding out in San Francisco, and it's provided those

3    individual consumer victims with more than they would have

4    been entitled to under a criminal restitution analysis, and

5    the amount of that compensation based on a net present value

6    analysis is approximately $11 billion.  That was a very

7    substantial effort the corporation has made to make victims

8    whole.

9            The defendant has engaged in remedial measures, and

10   that includes termination and suspension of certain

11   individuals that engaged in the misconducts.  They have also

12   taken steps to improve compliance within the corporate

13   structure, added a position to the board that has primary

14   responsibility for compliance in legal matters.

15           I should note that those remedial measures are

16   incomplete, and are very much an ongoing process.  However,

17   in the Rule 11 plea agreement, the corporation has agreed to

18   continue to enhance its compliance program and its internal

19   controls.

20           I think, moreover -- and this is very significant,

21   moreover, the defendant has agreed to the appointment of an

22   independent compliance monitor for a period of three years.

23   And that monitor, and his or her team, will monitor and

24   assess Volkswagen AG and its wholly-owned subsidiary,

25   Volkswagen Group of America's compliance with this agreement,

*U.S.A. v. Volkswagen AG*

1    and compliance with federal law.  And that is a significant

2    step.

3            The defendant has also agreed, another

4    consideration, the defendant has also agreed to cooperate

5    with the government and its ongoing investigation into the

6    conduct of individuals in the company, and that includes

7    officers, directors, employees, agents, and partners.

8            And the terms of that cooperation are spelled out in

9    the agreement.  It requires, among other things, that the

10   corporation make witnesses -- use its best efforts to make

11   witnesses available to the United States government for

12   interviews, the corporation produce documents upon request,

13   and the corporation provide facts to the United States

14   government on request should those facts be relevant to an

15   ongoing investigation.

16           Another consideration, Volkswagen does not have a

17   criminal history, which is another factor that I think cuts

18   in their favor in this analysis.

19           And finally, the defendant has independently agreed

20   to pay $1.5 billion in civil penalties as a result of the

21   conduct that's the subject of the Rule 11 plea agreement.

22           So after a consideration of all these factors, both

23   those that cut in favor of the company and those that cut

24   against the company, the defendants received a credit of

25   approximately 20 percent off of the low end of the guideline

*U.S.A. v. Volkswagen AG*

1    range of 17 billion to 34 billion, as a result of their

2    cooperation.

3         And in addition to that 20 percent cooperation

4    credit, once that was credited, the government also applied a

5    credit of the net present value of the civil settlement

6    they've entered into with respect to individual consumers and

7    individual owners of these vehicles, and that was

8    approximately $11 billion.

9         So when those two reductions are subtracted from the

10   guideline range, that yields a figure of $2.8 billion as a

11   criminal penalty, and $2.8 billion as a criminal penalty that

12   Volkswagen AG is agreeing to pay in this Rule 11 plea

13   agreement.

14        Moving on from the fine, just briefly there's some

15   other provisions of --

16        THE COURT:  No rush.  Go ahead.

17        MR. NEAL:  Very well.  So there's a probationary

18   term of three years, which intersects with the monitor's

19   term.

20        There is a special assessment of $1200, $400 per

21   count.  Both the fine and the special assessments are payable

22   within ten days of judgment in this case.

23        Moving on through the Rule 11, there is a provision

24   regarding other charges.  The government agrees, as part of

25   the agreement, not to bring additional charges against

*U.S.A. v. Volkswagen AG*

1    Volkswagen AG or any of its wholly-owned subsidiaries for the

2    conduct as described in the statement of facts, other

3    emissions-related conduct with respect to the same vehicles

4    that are the subject of this agreement, and for any other

5    conduct that has been disclosed to the government as of the

6    date of the agreement.

7            There are in the Rule 11, a number of enumerated

8    exceptions to that, that obviously does not apply to

9    individual prosecutions, for example.  But those are all

10   summarized in the -- or all listed, I should say, in the Rule

11   11.

12           I mentioned earlier, as one of the relevant

13   considerations, the defendant has ongoing cooperation or

14   ongoing responsibility to cooperate with the government's

15   investigation until such investigations are concluded, and

16   that includes again, disclosing factual information about its

17   activities upon inquiry by the government, providing

18   documents, data, tangible objects to the government, and

19   using its best efforts to make employees available for

20   interviews by the government as we move forward in this

21   process.

22           I've mentioned the independent compliance monitor.

23   There is an attachment to the Rule 11 agreement, which spells

24   out the responsibilities of the independent compliance

25   monitor.  That is very significant part of the agreement that

*U.S.A. v. Volkswagen AG*

1    I want the record to reflect.

2        There is, as the Court covered before I began, there

3    is appellant's waiver here, as well as a Rule 410 waiver, the

4    corporation, assuming this plea is accepted, and the Rule 11

5    is accepted, they will waive their rights to appeal their

6    conviction on any grounds.

7        They will also waive their right to appeal their

8    sentence, assuming the sentence that's imposed is in

9    accordance with the terms of the agreement.  If they were to

10   enter a guilty plea, and that plea were later to be

11   withdrawn, any statement made by the company in this

12   proceeding or in the statement of facts attached to the Rule

13   11 agreement would be admissible for any purpose in a further

14   criminal proceeding.

15       The final portion of the agreement that I wanted to

16   cover was the provisions on breach.  If the company were to

17   violate U.S. law during the term of probation, if the

18   corporation were to fail to cooperate with the United States

19   investigation or fail to otherwise perform its obligations

20   under the Rule 11 agreement, the United States could

21   reinstate charges, the charges in the third superseding

22   information, and the United States could also bring any other

23   charges based on the underlying conduct described in the

24   statement of facts.

25       I believe those are all of the material provisions

*U.S.A. v. Volkswagen AG*

 1   of the Rule 11 agreement that I wanted to cover for the

 2   record.

 3           I'd be glad to address anything further if the Court

 4   has questions.

 5           THE COURT:  Nothing right now, Mr. Neal -- or

 6   nothing so far.

 7           MR. NEAL:  Thank you, Judge.

 8           THE COURT:  Mr. Weinstein, is there anything you

 9   wish to put on the record regarding the Rule 11 provisions,

10   and do you agree with Mr. Neal's summary of the contents of

11   the Rule 11 agreement?

12           MR. WEINSTEIN:  Your Honor, nothing at this time.  I

13   believe Mr. Neal accurately and thoroughly summarized the

14   relevant provisions of the agreement.

15           THE COURT:  All right.  Thank you very much.

16           Okay.  Mr. Doess, has anyone tried, anyone, any

17   government, any organization, tried to coerce VW AG into

18   guilty pleas or a guilty plea as to the three charges made in

19   this case, coercion by way of mistreatment or pressure, any

20   type of coercion at all?

21           MR. DOESS:  No, Your Honor.

22           THE COURT:  Okay.  Apart from what is contained in

23   the Rule 11 agreement, have there been any promises made to

24   you or VW AG in exchange for VW AG pleading guilty to Counts

25   One, Two, and Three here today?

*U.S.A. v. Volkswagen AG*

1          MR. DOESS:  No, Your Honor.

2          THE COURT:  Is VW AG pleading guilty to the charges,

3    Count One, conspiracy to defraud the United States, commit

4    wire fraud, and violate the Clean Air Act; Count Two,

5    obstruction of justice; Count Three, entry of goods by a

6    false statement, because VW AG is, in fact, guilty of those

7    charges, and because VW AG, through its Board of Directors,

8    has freely and voluntarily chosen to plead guilty to these

9    three charges?

10          MR. DOESS:  That is the case, Your Honor.

11          THE COURT:  Okay.  Mr. Neal, and Mr. Weinstein,

12    could we have a quick sidebar?  I do have a question before

13    we proceed further.

14          (Sidebar conference on the record)

15          THE COURT:  So right now we're getting to do the

16    factual basis for the three counts.  And it's my

17    understanding he has a -- I'm going to ask him what it is you

18    did that makes you believe, what did VW AG do which makes you

19    believe that VW AG is guilty of -- I was going to break them

20    down individually, but does the statement that he's going to

21    read, a statement of facts, does it break it down by count or

22    does it cover all three?

23          MR. WEINSTEIN:  So it breaks it down count-by-count,

24    and then he's got a statement at the end where he just says

25    overall, that the statement of facts is true and accurate,

*U.S.A. v. Volkswagen AG*

1   okay?

2          THE COURT:  Okay.  So we're going to go

3   count-by-count?

4          MR. WEINSTEIN:  Yeah.  He's got a brief introduction

5   and then count-by-count.

6          THE COURT:  Okay, thank you.

7          MR. WEINSTEIN:  Thank you, Your Honor.

8          (Sidebar conference concluded)

9          THE COURT:  Mr. Doess, what did VW AG and its

10  employees and agents do that makes VW AG guilty of the charge

11  of Count One, conspiracy to defraud the United States, to

12  commit wire fraud, and violate the Clean Air Act?

13         MR. DOESS:  Your Honor, Volkswagen AG is pleading

14  guilty to all three counts of the information, because it is

15  guilty of all three counts.

16         The government and Volkswagen AG worked diligently

17  to negotiate the statement of facts that appears as Exhibit

18  Two to the plea agreement.  And Volkswagen AG has admitted

19  those facts.

20         A brief summary with respect to Count One, as of

21  course in the statement of facts, from approximately 2006

22  until approximately 2015, Volkswagen AG, through various VW

23  AG and Audi AG employees and supervisors below the level of

24  the VW AG management board, conspired to defraud the United

25  States by using software to evade the U.S. NOx emissions

*U.S.A. v. Volkswagen AG*

1   testing process to make it appear that certain VW, Audi and

2   Porsche diesel vehicles that were sold in the United States

3   met U.S. standards, when in fact they did not.

4        Various VW AG and Audi AG employees also agreed to

5   submit false statements under the Clean Air Act so that VW

6   could sell the subject diesel vehicles in the United States

7   and deceive U.S. customers about whether those vehicles

8   complied with U.S. NOx emission standards.

9        THE COURT:  Mr. Doess, what did VW AG and its

10  employees and agents do that makes you believe, makes the

11  corporation believe, the board believe, that VW AG is guilty

12  of Count Two to the charge of obstruction of justice?

13       MR. DOESS:  Your Honor, with respect to Count Two,

14  as set forth in the statement of facts, some Volkswagen AG

15  employees and supervisors destroyed documents and files

16  related to U.S. NOx emissions issues after they were informed

17  that a litigation hold was likely to be issued.

18       THE COURT:  Mr. Doess, what did VW AG and its

19  employees and agents do that makes you believe that VW AG is

20  guilty of Count Three, entry of goods by false statement?

21       MR. DOESS:  Your Honor, with respect to Count Three,

22  as set forth in the statement of facts, during the process of

23  importing the subject diesel vehicles into the United States,

24  various Volkswagen AG employees misrepresented to U.S.

25  regulators that the subject vehicles complied with U.S. NOx

*U.S.A. v. Volkswagen AG*

1    emission standards when they knew this was not true, and

2    caused manufacturer's labels to be affixed to the subject

3    vehicles, falsely stating that they complied with applicable

4    U.S. NOx emissions regulations, knowing that this was untrue.

5            THE COURT:  Mr. Doess, with respect to the acts that

6    you described regarding Count One, when did these acts occur?

7            MR. DOESS:  These acts occurred in a timeframe

8    between approximately 2006 and approximately 2015.

9            THE COURT:  And where did these acts occur?

10           MR. DOESS:  They occurred in Germany and in the

11   United States.

12           THE COURT:  And where in the United States?

13           MR. DOESS:  In several locations here in the United

14   States, in as I understand it, for example, in Ann Arbor or

15   in California.

16           THE COURT:  With respect to the acts you described

17   regarding the factual basis as to Count Two of the

18   indictment, when did these acts occur?

19           MR. DOESS:  These acts occurred after a litigation

20   hold was issued, or just before it was issued, knowing that

21   it would be issued.

22           THE COURT:  Approximately when was that?

23           MR. DOESS:  That was in September 2015, and in the

24   following month.

25           THE COURT:  And where did these acts occur that you

*U.S.A. v. Volkswagen AG*

1    describe regarding Count Two?

2            MR. DOESS:  These acts occurred in Germany and in

3    the U.S. as well.

4            THE COURT:  And where in the U.S.?

5            MR. DOESS:  In Ann Arbor and in Herndon, in

6    Virginia.

7            THE COURT:  Okay.  Thank you, very much.

8            With respect to Count Three, the acts that you

9    described in Count Three, when did these acts occur?

10           MR. DOESS:  These acts occurred in a timeframe when

11   cars which contained the software were imported into the

12   United States, starting, if I'm correct, roughly at around

13   2007.

14           THE COURT:  And again this is regarding Count Three.

15   Where did these acts occur?

16           MR. DOESS:  In several entry ports here in the

17   United States.

18           THE COURT:  And including Michigan, as well?

19           MR. DOESS:  And including Michigan, as well.

20           THE COURT:  And would that include the Detroit area,

21   the Eastern District of Michigan?

22           MR. DOESS:  This is -- I was told this is the case,

23   Your Honor.

24           THE COURT:  Thank you, very much.

25           And, sir, it's my understanding that you've also

*U.S.A. v. Volkswagen AG*

1    read and understand the rather extensive factual basis that

2    is set forth in Exhibit Two of the Rule 11.

3             Is that correct?

4             MR. DOESS:  That is correct, Your Honor.

5             THE COURT:  Sir, is everything set forth in Exhibit

6    Two to the Rule 11 true and accurate?

7             MR. DOESS:  That is correct, Your Honor.

8             THE COURT:  And again, sir, with respect to Counts

9    One, Two, and Three of the third superseding information, how

10   does VW AG plead?

11            MR. DOESS:  Guilty, Your Honor.

12            THE COURT:  Mr. Neal, is the government satisfied

13   that Mr. Doess has laid out a sufficient factual basis

14   regarding the elements of the crime of Count One, conspiracy

15   to defraud the United States, to commit wire fraud and

16   violate the Clean Air Act; Count Two, obstruction of justice;

17   and Count Three, entry of goods by false statement?

18            MR. NEAL:  We are satisfied, Your Honor.

19            I would make one note for the record with respect to

20   Count Two.

21            THE COURT:  Yes, sir.

22            MR. NEAL:  With respect to Count Two, the conduct

23   described in the statement of facts took place exclusively in

24   Germany.

25            However, the investigation that spurred the conduct

*U.S.A. v. Volkswagen AG*

1    was based here in Michigan.  It was an EPA investigation, and

2    due to the extraterritorial nature of that statute, that its

3    venue is here in the Eastern District of Michigan.

4            THE COURT:  Mr. Weinstein, would you agree?

5            MR. WEINSTEIN:  I do agree, Your Honor.

6            THE COURT:  Okay.  Mr. Weinstein, has Mr. Doess's

7    statements as to the facts and actions of Defendant VW AG

8    through its employees and agents, has his statements here

9    satisfied, created a sufficient factual basis for conviction

10   as to Counts One, conspiracy to defraud the United States;

11   Count Two, wire fraud -- sorry.  I apologize.  Strike that.

12           Count One, conspiracy to defraud the United States,

13   commit wire fraud and to violate the Clean Air Act; Count

14   Two, obstruction of justice; and Count Three, entry of goods

15   by a false statement.

16           MR. WEINSTEIN:  It has, Your Honor.

17           THE COURT:  This Court finds that VW AG's guilty

18   plea as to Count One, conspiracy to defraud the United

19   States, to commit wire fraud, violate the Clean Air Act;

20   Count Two, obstruction of justice; Count Three, entry of

21   goods by false statement, the guilty plea is knowingly,

22   freely, and voluntarily made, and the elements of the

23   criminal offenses as to Count One, Count Two, Count Three, to

24   which VW AG pleads guilty have been made out by Mr. Doess's

25   statements here in open court.  And the Court will accept the

*U.S.A. v. Volkswagen AG*

 1     guilty plea.

 2              Now, this Court, as I think Mr. Neal knows and

 3     Mr. Weinstein knows, has been carefully reviewing the Rule 11

 4     agreement which lays out in great detail a summary of facts

 5     ascertained through the government's investigation, as well

 6     as the relevant consideration that led the parties to enter

 7     into the agreement.

 8              Under Rule 11(c) of the Federal Rules of Civil

 9     Procedure, this Court may accept the Rule 11 agreement, may

10     reject the Rule 11 agreement, or may defer its decision on

11     whether to accept or reject it until after reviewing a

12     presentence report, as well as further study.

13              Mr. Neal, and/or Mr. Weinstein, do you wish to be

14     heard as to how you believe the Court should proceed from

15     here?

16              MR. NEAL:  Yes, Your Honor.

17              THE COURT:  You may proceed.

18              MR. NEAL:  Thank you.  The government would

19     recommend that the Court accept the Rule 11 plea agreement at

20     this time and proceed to impose a sentence on the company.

21              A few points about the nature of the Rule 11

22     agreement.  As I mentioned, when I went through the relevant

23     considerations, this was a very serious offense.  It was

24     calculated, rose to a very high level within the company.

25              I think, without overly generalizing, I think

*U.S.A. v. Volkswagen AG*

1    corporate criminal wrongdoing often falls into one of several

2    categories.  Either we're talking about a handful of rogue

3    employees who engaged in misconduct, or we're talking about

4    an offense that perhaps is not as calculated, as a result of

5    a series of errors that eventually become a criminal offense.

6         I think in this instance we are talking about a very

7    calculated crime.  There was an intent on the part of the

8    corporation to violate U.S. law in order to be able to sell

9    vehicles here.  It's a very serious offense.  And I think the

10   agreement treats it seriously and treats it with the

11   appropriate level of seriousness.

12        There is a $2.8 billion fine, which is a very

13   significant fine.  The corporation has also been penalized a

14   number of other ways which are referenced in the Rule 11

15   agreement.

16        Obviously, there's the -- based on net present

17   value, roughly $11 billion settlement that the company has

18   entered into with respect to consumers in this case.

19        There's a $1.5 billion civil penalty that the

20   company is paying on top of the $2.8 billion criminal

21   penalty.

22        And perhaps most significantly, from the

23   government's perspective, this case is being resolved through

24   a Rule 11 plea agreement.  The corporation has come before

25   Your Honor and publicly pled guilty to these three offenses.

*U.S.A. v. Volkswagen AG*

1    I think that is a substantial benefit to the public that is

2    in the public interest.  The company has admitted its

3    wrongdoing and done so in a very public forum.

4         And I think that has had a significant reputational

5    effect on the company, and that's appropriate under these

6    circumstances.

7         I do think the $2.8 billion fine appropriately

8    weighs all the considerations that are listed in the Rule 11

9    plea agreement, including appropriately crediting both the

10   company's payments on the civil side and the company's

11   cooperation with the government's investigation.

12        It's detailed pretty substantially in the Rule 11

13   agreement itself, but the corporation provided the government

14   with a great deal of information which was very helpful to

15   the government in bringing the investigation to this point.

16        The corporation, pursuant to the Rule 11 agreement,

17   is obligated to continue cooperating with the government and

18   assisting the government to hold the individuals accountable,

19   which the government is certainly trying to do, is very much

20   engaged in that process.

21        I think typically when we deal with Rule 11 plea

22   agreements, the presentence reports would, you know, add a

23   substantial amount of value to the Court's judgment.  I think

24   under the circumstances the corporation is willing to waive a

25   presentence investigation, and I think because the relevant

*U.S.A. v. Volkswagen AG*

```
 1      considerations are laid out in the plea agreement, and the
 2      statement of facts is so detailed, I think the Court, having
 3      reviewed the Rule 11 agreement, and having heard the
 4      company's allocution and having considered those relevant
 5      considerations, I think the Court could proceed to sentencing
 6      at this point without sacrificing its independence or without
 7      otherwise having any doubt of the appropriateness of the
 8      outcome.
 9            So the government would urge the Court to accept the
10      agreement at this time and proceed to sentence.  Thank you.
11            THE COURT:  Thank you very much, Mr. Neal.
12            Mr. Weinstein, your thoughts?
13            MR. WEINSTEIN:  Your Honor, thank you for the
14      opportunity to address the Court on this question.
15            Volkswagen concurs with everything Mr. Neal just
16      said in his explanation of why we believe it's in the
17      public's interest, the Court's interest, and Volkswagen's
18      interest to go forward with sentencing today.
19            I would just add a little bit from Volkswagen's
20      perspective.  Your Honor, the conduct here was unquestionably
21      very serious.  There's no question at all about that.  And
22      that's spelled out in the 30-page statement of facts, that as
23      Your Honor noted is appended to the plea agreement.
24            There's also no question that this Rule 11 plea
25      agreement which is before the Court today provides a very
```

*U.S.A. v. Volkswagen AG*

1    serious sanction, and appropriately so for that conduct.

2         Your Honor, I know you've been doing this for a long

3    time.  Everybody comes before you on a Rule 11 and they say

4    that they accept responsibility.  And as you know, actions

5    speak a lot louder than words.

6         And I have never seen in all the time I've been

7    doing this, most of which was spent at the government table,

8    I've never seen a company act more swiftly or aggressively to

9    hold itself accountable for what it did wrong, and to try to

10    make it right.

11         In the case of Volkswagen, that includes a number of

12    the steps that Mr. Neal referenced and that are laid out in

13    the plea agreement, but it includes others, as well.  And

14    I'll just highlight a few of them.

15         THE COURT:  Go ahead.  We're in no rush.

16         MR. WEINSTEIN:  It includes the really

17    groundbreaking civil settlements that the company reached

18    with the two-liter and the three-liter classes of victims, as

19    well as the dealers, and with state attorneys general, and

20    the other regulators, including the EPA.

21         In my experience, it's typical for a company to be

22    before the Court for a criminal proceeding like this while

23    its civil exposure is still unresolved.

24         Volkswagen is an extraordinary case in many ways,

25    and one of them is that Volkswagen moved with incredible

42

*U.S.A. v. Volkswagen AG*

1    speed to try to make things right with consumers from the

2    moment that this controversy came to light.  In fact,

3    Volkswagen reached an agreement in principle with the

4    two-liter class within 108 days of the filing of the first

5    multi-district complaint, which is at least in my experience,

6    unheard of.

7          And it reflects the fact that both -- as well as

8    anything I can say, Volkswagen's determination to make things

9    right with consumers as quickly as possible, and they have

10   subsequently reached settlements with the three-liter class

11   as well.  And one of the reasons why those settlements have

12   been embraced by such a large percentage of those classes is

13   because Volkswagen took every inference in the consumers'

14   favor and tried to reach a result that would be as generous

15   as possible to the consumer, and they would do better than

16   put the consumers in the position they would have been in,

17   had this conduct never happened.

18         Part of those settlements, Your Honor, also includes

19   trying to make things right with the environment, and so that

20   includes $2 billion worth of investments in zero electric

21   vehicle infrastructure over a ten-year period.  And most

22   significantly, over $2.9 billion in direct environmental

23   remediation for the excess NOx emissions in this case.

24         Volkswagen's actions also include some of the

25   internal reforms that Mr. Neal referenced, and others, and

*U.S.A. v. Volkswagen AG*

1    these are reforms that, as Your Honor knows, will continue at

2    full speed with the monitor, once the monitor is in place,

3    but that is, as I've told the Court before, Volkswagen didn't

4    want to wait until its internal investigation was over to

5    begin to try to make changes that it knew needed to be made.

6    And that was made evident by the conduct here.

7            And so Volkswagen has already embarked on an

8    aggressive course of internal reforms.  We look forward to

9    working with the monitor to build on this.

10           I referenced the independent investigation, another

11   way in which this is extraordinary, the events that bring us

12   here, because that Volkswagen directed its -- the law firm

13   that did the independent investigation to provide information

14   essentially in realtime to the government.

15           That is, instead of waiting until the investigation

16   was over, processing the results and then turning to -- some

17   other compendium of information over to the government, the

18   law firm that did the investigation has essentially been

19   providing information to the government in realtime.

20           And one of the reasons for that is to help the

21   government do its work more quickly, to help the government

22   get to the place where it is today, where it's charged six

23   individuals and is continuing to investigate others to get to

24   that place much more quickly than typically happens in

25   corporate resolutions.

*U.S.A. v. Volkswagen AG*

1       As Your Honor knows, it's often the case that a
2   company will come in and they'll get a DPA or they'll plead
3   guilty.  And if individuals are ever charged, it might be a
4   year or two later.

5       This case is different, that six individuals were
6   charged the very same day that the plea agreement with
7   Volkswagen was announced.  And I believe that that's credit
8   to the skill of the folks on the government's team, at the
9   government's table, but it's also a reflection of the fact
10  that we tried to make sure that they had the information they
11  needed, so they could act on it more quickly, in their
12  pursuit of individuals.

13      And as the Court knows, Volkswagen is committed to
14  continuing to cooperate with the government, as it continues
15  to investigate individuals.

16      There are weeks that have gone by -- in the course
17  of our cooperation, I think I have talked to Mr. Neal,
18  Mr. Singer, and Ms. Blackwell more often than members of my
19  family.  I expect that will continue, as we continue to
20  cooperate in their investigations.

21      And finally, Your Honor, we are here today at the
22  time that -- and the calendar that we are today because
23  Volkswagen approached the government very quickly after this
24  matter came to light to address -- to try to begin the
25  discussions to address Volkswagen's criminal exposure.

*U.S.A. v. Volkswagen AG*

1        And within a matter of months of this controversy

2   coming to light, we came to the government, just like we came

3   to the classes of individual consumer victims, and said, "We

4   want to make it right.  We want to resolve our criminal

5   exposure, and we want to do it as quickly as possible."

6        That too is something that is very different from

7   the companies that I've prosecuted, the companies I've

8   represented, and the companies' cases I am familiar with.

9        The plea agreement I think reflects, as Mr. Neal

10  said earlier, takes those actions into account, takes the --

11  as part of its consideration in support of the proposed

12  penalty, and this proposed resolution, the plea agreement

13  considers all the things that I've just said.

14        And it gives appropriate credit to Volkswagen for

15  those actions and for its continuing obligations and

16  commitments.  And I think the result of that is that the

17  penalty of $2.8 billion is by any measure, fair and

18  appropriate.

19        It is another significant step among all the ones

20  that I've mentioned, on Volkswagen's road to make things

21  right and to hold itself accountable.

22        We believe that it is a penalty that is in

23  Volkswagen's interest because the certainty -- a certain

24  comprehensive penalty is a severe penalty.  It sends exactly

25  the right message to other companies and to this company that

*U.S.A. v. Volkswagen AG*

1    this kind of misconduct will not be tolerated.  As I said, it

2    reflects our commitment to make sure that we do everything

3    possible to make sure this never happens again or anything

4    like it.

5           And we believe it's in the public's interest too,

6    for all of those reasons and for the reasons Mr. Neal

7    mentioned.

8           I would echo what Mr. Neal said about PSR.  I think

9    under the unusual circumstances here, where you have a

10   30-page statement of facts that is the product of more than a

11   year-long investigation by the government, there aren't

12   really any additional facts that could come out in a

13   presentence investigation that I think would be of material

14   value to Your Honor in deciding whether to accept the

15   agreement.

16          And I think, as Mr. Neal meticulously laid out, the

17   considerations as to the penalties are all there in the

18   agreement, and while I think the probation officer -- I don't

19   think I've ever had a case where a PSR did not add value.  I

20   think this is one of the most rare.  It really -- I wouldn't

21   add anything to the mix of information that the Court needs

22   to make its decision, because it's all right there.

23          So we believe that it's in the interest of the

24   government, Volkswagen, and the public, for the agreement to

25   be accepted.  And we would also join the government in asking

*U.S.A. v. Volkswagen AG*

1    the Court to proceed with sentencing today.

2         THE COURT:  Thank you, very much.

3         All right.  I've received, quote, unquote, two

4    objections to the -- to this proceeding, one from an

5    individual by the name of Oleg Yarin, Y-a-r-i-n, and then an

6    attorney, Mr. Hilborn, has appeared -- or has a quote,

7    unquote, objection.

8         I apologize.  I'm not exactly sure what you're

9    objecting to, Mr. Hilborn, whether it's the plea, or the

10   sentence, or what?

11        MR. HILBORN:  Your Honor --

12        THE COURT:  I'm not done yet speaking.

13        MR. HILBORN:  Okay.

14        THE COURT:  So Mr. Yarin is not here, as I

15   understand.

16        So Mr. Hilborn, it's my understanding that -- you

17   can come up here and briefly tell me what you are objecting

18   to.

19        MR. HILBORN:  Your Honor --

20        THE COURT:  And give me your full name, please, and

21   who you're representing.

22        MR. HILBORN:  I represent approximately 300

23   individuals who did not accept the plea agreement -- or the

24   class-action agreement, and those people are objecting that

25   there is no restitution as required in this plea agreement.

1        So yes, we are objecting to the sentence, not the

2    actual plea itself.

3        THE COURT:  Okay.  So you have no problem with the

4    sentence -- you have no issue with the plea.  And you want

5    what?

6        MR. HILBORN:  I want restitution to the victims of

7    this crime.  And I believe that they're entitled to

8    restitution pursuant to the mandatory Victims Rights Act.

9        THE COURT:  Which is?

10       MR. HILBORN:  The cite?

11       THE COURT:  Yeah.

12       MR. HILBORN:  I don't have my pleadings with me, but

13   ultimately -- Mike Melkersen is here to make the argument.

14       THE COURT:  But you --

15       MR. HILBORN:  I understand I filed the objections.

16       THE COURT:  Exactly.

17       MR. HILBORN:  Absolutely.

18       THE COURT:  So we should be okay.

19       MR. HILBORN:  Okay.

20       THE COURT:  Thank you.

21       MR. HILBORN:  Thank you.

22       THE COURT:  I just met Mr. Weinstein on this case,

23   but Mr. Neal I've a lot of respect for.  He is just one of

24   the finest lawyers that I've encountered in my 21-plus years

25   of being a Judge.  I mean, he is just an excellent -- and

*U.S.A. v. Volkswagen AG*

1    he's a person of character.

2           And when Mr. Neal makes a request, I take it very,

3    very seriously.  And I understand both of you want me to

4    proceed to immediate sentencing.

5           With all due respect, Mr. Neal, you said something

6    that struck me again, that this is a very, very serious

7    offense.  And I agree with you that VW's offense, offenses,

8    are very, very, very serious.

9           And I think it's incumbent upon me to make a

10   considered decision and give a carefully considered sentence.

11   And I just want more time to reflect and study.  And I am

12   going to refer this case over to Mr. Ragala, who I think we

13   all know by now has specialized training in these types of

14   cases, for a presentence report.

15          And it's my goal -- I know you want this matter

16   moved on an expedited basis.  So I think Ms. McCoy is going

17   to give you a sentence date, and let's hope it works, in

18   about four weeks.

19          DEPUTY COURT CLERK:  I think April 21st at

20   9:30 a.m., on a Friday.

21          THE COURT:  Will that work?

22          MR. NEAL:  That works for the government.

23          MR. WEINSTEIN:  That works for us as well, Your

24   Honor.

25          THE COURT:  Mr. Doess, would that work for you?

*U.S.A. v. Volkswagen AG*

1          MR. DOESS:  I need to check my calendar, but I will

2     make myself available whenever it's necessary, Your Honor.

3          THE COURT:  We can take a moment.  Do you want to

4     check your calendar?

5          MR. DOESS:  The problem is I don't have my cell

6     phone with me.

7          THE COURT:  Well, if that date becomes

8     insurmountable for you, please let us know and we will adjust

9     it, okay?  But I would like to really do it based upon VW's

10    request and the government's request on Friday, April 21 at

11    9:00 a.m., okay?

12         MR. DOESS:  I will try my best, Your Honor.

13         THE COURT:  All right.  Let's see here.  So we have

14    our sentence date, and I would also like to have a status

15    conference with the attorneys.  And, Mr. Weinstein, you can

16    call in if you want Thursday.

17         MR. WEINSTEIN:  Thank you, Your Honor.

18         THE COURT:  Probably after the Schmidt hearing.

19         MR. WEINSTEIN:  Okay.

20         THE COURT:  Can we take like a 15 -- we're done

21    right now, obviously, but I would like to meet with the

22    attorneys at about 10 after 11, is that okay?

23         MR. NEAL:  It is for the government, Your Honor.

24         THE COURT:  So give us about a 15 minute break and

25    then come back to chambers and we will have a little

*U.S.A. v. Volkswagen AG*

1   conversation.

2           MR. NEAL:  Okay.  Thank you very much.

3           THE COURT:  Anything else?

4           MR. NEAL:  Nothing for the government, Your Honor.

5           MR. WEINSTEIN:  No, Your Honor.

6           DEPUTY COURT CLERK:  All rise.  Court is in recess.

7           (Court in recess at 10:58 a.m.)

8                        *      *      *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14        **C E R T I F I C A T I O N**

15        I, Marie J. Metcalf, Official Court Reporter for the

16   United States District Court, Eastern District of Michigan,

17   Southern Division, appointed pursuant to the provisions of

18   Title 28, United States Code, Section 753, do hereby certify

19   that the foregoing is a correct transcript of the proceedings

20   in the above-entitled cause on the date hereinbefore set

21   forth.

22        I do further certify that the foregoing transcript

23   has been prepared by me or under my direction.

24   s\Marie J. Metcalf                          March 13, 2017

25   Marie J. Metcalf, CVR, CM                   (Date)